UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. PETER G. SHERIDAN |
| v. | : | Crim. No. 23-281(PGS) |
| JARON FLOWERS | : | ORDER FOR CONTINUANCE |
| Defendant. | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant U.S. Attorney, appearing), and defendant Jaron Flowers (Adam Axel, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned from the date of this order through November 30, 2023; and the defendant being aware that he has the right to a trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having waived such right and consented to this continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1) Defense counsel requires adequate time to review the discovery and discuss this case with Defendant;

    (2) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of time for effective preparation in this matter;

(4) The parties may enter into plea negotiations, which would render any subsequent trial of this matter unnecessary; and

Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 30 day of August 2023,

ORDERED that this action be, and hereby is, continued from the date of this Order through and including December 14, 2023;

IT IS FURTHER ORDERED that the period from the date of this Order through and including December 14, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

Form and entry consented to:

s/ Ashley Super Pitts
Ashley Super Pitts
Assistant U.S. Attorney


s/ Adam Axel
Adam Axel, Esq.
Counsel for defendant Jaron Flowers